**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISON**

In re.

ERPR FISHING FLEETS, LLC,                     Case No. 9:15-bk-09396-FMD

    Debtor.                                   Chapter 12
_____/

**DEBTOR ERPR FISHING FLEETS, LLC'S**
**CORPORATE OWNERSHIP STATEMENT**

Debtor, ERPR FISHING FLEETS, LLC, respectfully files this Corporate Ownership Statement pursuant to Bankruptcy Rule 7007.1(a) and states as follows.

1.    There are no entities to report that have any ownership interest in ERPR Fishing Fleets, LLC. Richard McPhillips is the sole owner of the entity.

Respectfully submitted on September 17, 2015.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via U.S. Mail or email if listed on September 17, 2015 to:

John Waage, Bankruptcy Trustee
P.O. Box 25001
Bradenton, FL 34206-5001

                                              s/John A. Richert
                                              John A. Richert
                                              FBN: 106613
                                              Attorney for Debtor
                                              Hornstine, Pelloni & Hornstine, LLC
                                              13575 58th Street North
                                              Clearwater, FL 33760
                                              540-230-5692
                                              john@hornstine.com